449 F.2d 1290
 Jose Miguel TEPOS-PEREZ et al., Plaintiffs-Appellees,
v.
IMMIGRATION AND NATURALIZATION SERVICE, Appellant (two cases).
 Nos. 26547, 26548.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 7, 1971.
 
 1
 James R. Dooley, Asst. U. S. Atty., (argued), Robert L. Meyer, U. S. Atty., Frederick M. Brosio, Jr., Chief, Civil Div., Los Angeles, Cal., for appellant.
 
 
 2
 John F. Sheffield (argued), Norman B. Silver, Los Angeles, Cal., for the plaintiffs-appellees.
 
 
 3
 Before CHAMBERS and ELY, Circuit Judges, and BATTIN,* District Judge.
 
 
 4
 On this appeal from the granting of a temporary injunction, it appears from colloquy of counsel that there have been changes of circumstances which might or might not be material to the continuance of the temporary injunction.
 
 
 5
 We find this problem with the temporary injunction: It has sort of an open end which puts the duration of the order, for practical purposes, out of the court's control.
 
 
 6
 The case is remanded to the district court to consider any intervening events. If it believes that there should still be a temporary injunction, the old one should be vacated and a new one entered. If such course is followed, a new appeal, of course, could be taken and someone should move to expedite.
 
 
 
 *
 The Honorable James F. Battin, United States District Judge, District of Montana, sitting by designation